# UNITED STATES of America, Plaintiff–Appellee

v.

# Joseph William MATTESON, Defendant–Appellant.

## No. 10–51020
## Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 16, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Richard Gale Ferguson, Esq., Waco, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Joseph William Matteson presents arguments that are foreclosed by *United States v. Whaley,* 577 F.3d 254, 261–62 & n. 6 (5th Cir.2009), which held that proof of knowledge of the registration requirements of the Sex Offender Registration and Notification Act is not required for a conviction under 18 U.S.C. § 2250(a). *See also United States v. Heth,* 596 F.3d 255, 258–60 & n. 3 (5th Cir.2010). The Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED as unnecessary, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.